# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| 3 C CATTLE COMPANY, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-115(HL) |
| WALTER W. KELLEY, TRUSTEE, | : | Bankruptcy Case No. |
| | : | 07-52547-jdw |
| Appellee. | : | |

## ORDER

Before the Court in this bankruptcy appeal is pro se Appellant's Motion for Reconsideration (Doc. 18) of the Court's June 10, 2009, Order (Doc. 16) denying his Motion for Leave to Appeal In Forma Pauperis (Doc. 14).  Appellant has not demonstrated any basis for reconsidering that Order.  The Motion is denied.

**SO ORDERED**, this the 2nd day of July, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

dhc